## Complaint Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2019 JAN 30 A 10: 31
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Damon Fagan |
| **Address:** (City & State Only) | Presque Isle, ME |
| **Year of Birth and Age:** | 1975/43 years old |
| **Violations:** | Count 1: Possession with intent to distribute heroin, in violation of Title 21, United States Code, Section 841(a)(1). |
| **Penalties:** | Count 1: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both. <br><br> This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count 1: Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | N/A |
| **Primary Investigative Agency and Case Agent Name:** | DEA/Huntley |
| **Detention Status:** | TBD; Arrest Warrant Requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Nicholas Scott |

| | |
|---|---|
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |