UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 2:19-CR-00123-DBH |
| DAMON FAGAN,<br>　　　　Defendant | ) ) ) ) | |

MR. FAGAN'S MOTION TO ALLOW SUPPLEMENTAL INFORMATION ON MOTION TO REOPEN ORDER OF SUPPRESSION

NOW COMES Damon Fagan, by and through his attorney, David Bobrow, with this Motion to Allow Supplemental Information on the Motion to Reopen the Order of Suppression stating as cause the following:

(1) This matter is before the Court on the Government's Single Count Indictment for Possession with Intent to Distribute Heroin in violation of 21 U.S.C. §841(a)(1). *ECF #24*.

(2) Mr. Fagan has filed a Motion to Reopen the Suppression Order dated February 11, 2020.

(3) Mr. Fagan has filed a Motion for Discovery contemporaneously with that Motion. If the Court grants that Motion, it is anticipated that Mr. Fagan will have additional information to add to his Motion to Reopen.

(4) The granting of this request will not result in any delay nor prejudice in this matter as the time periods requested for exclusion under the Speedy Trial Act pursuant to 18 U.S.C. s. 3161(h)(8)(A) exist based on the Motion to Reopen and Mr. Fagan accepts said exclusions.

(5) The Assistant United States Attorney, Nicholas Scott, Esq. has been contacted but not reached for his position on this Motion.

WHEREFORE Mr. Fagan moves that this Honorable Court grant this to Motion to Allow Supplemental Information on the Motion to Reopen together with any and all other relief that is fit and just.

Dated this 19th day of October 2020 at Portland, Maine.

Respectfully submitted,

/s/ David J. Bobrow
On behalf of Damon Fagan

BEDARD AND BOBROW, PC
9 Bradstreet Lane
P.O. Box 366
Eliot, ME 03903
207.439.4502
djblaw@bedardbobrow.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 2:19-CR-00123-DBH |
| DAMON FAGAN,<br>       Defendant | ) ) ) ) | |

**CERTIFICATE OF SERVICE**

    I, David J. Bobrow, Esq., hereby certify that I have caused to be served via ECF Defendant Damon Fagan's Motion to Allow Supplemental Information to:

1. Nicholas Scott, Esq. at <Nicholas.Scott@usdoj.gov>;
2. All other persons of record in this matter.

    Dated this 19th day of October 2020 at Portland, Maine.

                                        Respectfully submitted,

                                        David J. Bobrow, Esq.
                                        Attorney for Daman Fagan
                                        BEDARD AND BOBROW, PC
                                        9 Bradstreet Lane
                                        P.O. Box 366
                                        Eliot, ME 03903
                                        207.439.4502
                                        djblaw@bedardbobrow.com