UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. FAGAN

DOCKET NO:  2:19-cr-00123-DBH-1

PROCEEDING TYPE: RE-OPENED SUPPRESSION HEARING

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 5 | | | DVD Audio Clip | 7/1/2021 | 7/1/2021 | | 7/1/2021 |
| 5A | | | Transcript of Audio Clip | 7/1/2021 | 7/1/2021 | | 7/1/2021 |
| | A | | Photograph of Text Message | 7/1/2021 | | | |
| | B | | Photogragh of Turnpike Tollbooth Plaza | 7/1/2021 | 7/1/2021 | | 7/1/2021 |
| | C | | Walker Report | 7/1/2021 | | | |
| | D | | CORI Access Query Report | 7/1/2021 | | | |
| | E | | Incident Reports | 7/1/2021 | | | |
| | | | | | | | |
| | | | | | | | |