## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 2:19-cr-00123-DBH |
| | ) | |
| DAMON FAGAN | ) | |

## JOINT MOTION
## TO ENLARGE TIME

NOW COME the United States of America, and defendant Damon Fagan, by and through their respective undersigned counsel, and respectfully request an extension of time for the parties to provide notice to the Court whether the record of the suppression hearing is closed pursuant to the deadline set in ECF 155.  The notice is currently due on July 6, 2021. The government and defense counsel have been engaged in discussions regarding the closing of the record and require further time to come to an agreement. The parties therefore seek an enlargement of the deadline to provide notice regarding the closing of the record to July 9, 2021.

Dated in Portland, Maine this 6th Day of July, 2021

Respectfully submitted,

Donald E. Clark
Acting United States Attorney

/s/Nicholas M. Scott
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor, East Tower
Portland, Maine 04101
Nicholas.Scott@usdoj.gov

/s/David Bobrow
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2021, I electronically filed the JOINT MOTION TO ENLARGE TIME with the Clerk of Court using the CM/ECF system which sent such notice via ECF to counsel of record.

Donald E. Clark
Acting United States Attorney

/s/Nicholas M. Scott
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor, East Tower
Portland, Maine 04101
Nicholas.Scott@usdoj.gov