**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 2:19-cr-00123-DBH |
| | ) | |
| DAMON FAGAN | ) | |

**NOTICE**

The United States of America, and the Defendant, by and through their undersigned counsel, hereby notify the Court that the parties agree that the record of the suppression hearing is closed.

Dated in Portland, Maine this 9th Day of July, 2021

Respectfully submitted,

Donald E. Clark
Acting United States Attorney

/s/Nicholas M. Scott
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor, East Tower
Portland, Maine 04101
Nicholas.Scott@usdoj.gov

/s/David Bobrow
Counsel for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I electronically filed the foregoing notice with the Clerk of Court using the CM/ECF system which sent such notice via ECF to counsel of record.

Donald E. Clark
Acting United States Attorney


/s/Nicholas M. Scott
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor, East Tower
Portland, Maine 04101
Nicholas.Scott@usdoj.gov