UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>DAMON FAGAN )<br> ) | Criminal No. 2:19-cr-00123-DBH |

**CONDITIONAL PLEA**
**(Rule 11(a)(2))**

My plea of guilty is conditional in that I reserve the right, on appeal from the judgment herein, to have an appellate court review this court's decisions dated February 11, 2021 (ECF No. 75) and July 29, 2021 (ECF No. 171) on my Motion to Suppress (ECF No. 46).

Date: 8/16/21

Damon Fagan, Defendant

Date: 8/17/21

David Bobrow, Esq.
Attorney for Defendant

The government hereby consents to the defendant's conditional plea.

Date: 8/16/2021

Nicholas Scott
Assistant U.S. Attorney

The court hereby approves the defendant's conditional plea.

Date: 8/18/2021

/s/D. Brock Hornby

United States District Judge